## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE T. BOLDEN, | ) |
| | ) |
| | ) C.A. No. 18-74 VAC-CJB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Trial by Jury Demanded. |
| THE CITY OF WILMINGTON, | ) |
| a Municipal Corporation of | ) |
| the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

For the reasons set forth in Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss the Amended Complaint, Plaintiff respectfully asks this court to deny Defendant's Motion.

**LOSCO & MARCONI, P.A.**

/s/ Geena Khomenko George
Geena Khomenko George (#6251)
1813 North Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
ggeorge@delaw.org

*Attorneys for Plaintiff*
*Stephanie T. Bolden*

Date: March 23, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE T. BOLDEN, | ) |
| | ) |
| | ) C.A. No. 18-74 VAC-CJB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Trial by Jury Demanded. |
| THE CITY OF WILMINGTON, | ) |
| a Municipal Corporation of | ) |
| the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This _____ day of _____, 208, the Court having considered Defendant's Motion to Dismiss Plaintiff's Amended Complaint and the Opposition thereto, it is hereby ORDERED that Defendant's Motion is DENIED.

_____
Magistrate Judge Christopher J. Burke